DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSHUA ISAAC MARTINEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0902

_____

February 4, 2026

Appeal pursuant to Fla. R. App. P. 9.141 (b)(2) from the Circuit Court for DeSoto County, Don T. Hall, Judge.

Joshua Martinez, pro se.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and KHOUZAM and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.